FILED FOR RECORD

2015 AUG 17 PM 1:56

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/17/2015 3:41:24 PM
DEBBIE AUTREY
Clerk

**CAUSE NO. 14F0490-102**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE 102ND DISTRICT COURT** |
| | § | |
| **VS.** | § | **OF** |
| | § | |
| **DELBERT DEWAYNE SISEMORE** | § | **BOWIE COUNTY, TEXAS** |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Delbert Dewayne Sisemore, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against him on July 1, 2015.

Respectfully submitted,

By: Derric S. McFarland
Attorney at Law
Texas State Bar # 24048646
602 Pine Street
P.O. Box 1048
Texarkana, TX 75504-1048
Telephone: (903) 798-3547
Facsimile: (888) 840-0138
mcfarland.atty@gmail.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded via facsimile and U.S. mail this _14th_ day of August, 2015 to Jerry Rochelle, Bowie County Criminal District Attorney, 601 Main, Texarkana, Texas 75501.

Derrie S. McFarland